

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00532-CV

**CITY OF CIBOLO**,
Appellant

v.

**CIBOLO TURNPIKE, LLP**,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0062-CV-A
The Honorable Margaret Garner Mirabal, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's order denying appellant City of Cibolo's plea to the jurisdiction is AFFIRMED. Costs of appeal are assessed against the appellant City of Cibolo.

SIGNED November 19, 2025.

_Irene Rios_
Irene Rios, Justice